Fill in this information to identify the case:

Debtor 1: **Andrew Dabros**
First Name    Middle Name    Last Name

Debtor 2: **Melissa Dabros**
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): 14-80815

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 3B), the court orders that the application is:

☐ **GRANTED.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

☒ **DENIED.** The debtor must pay the $306 filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 76.50 | 4/14/14 |
| $ 76.50 | 5/13/14 |
| $ 76.50 | 6/12/14 |
| + $ 76.50 | 7/14/14 |
| **Total** $ 306.00 | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

☐ **Scheduled for hearing.**

A hearing to consider the debtor's application will be held
on _____ at _____ AM/PM at _____
Month/ day/ year                               Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

MAR 18 2014    By the court: _____
United States Bankruptcy Judge

## CERTIFICATE OF MAILING

I, Jody Clarke, certify that on March 18, 2014, I caused copies of the attached **Order on the Application to have the Chapter 7 Filing Fee Waived** to be served to the parties listed via First Class Mail and/or electronically via the Court's electronic notification system:

**Andrew Dabros**

**Melissa Dabros**
720 East Main Street
Genoa, IL 60135

**Michael D Doyle**
Slingerland & Clark, P.C.
114 W. State Street
Sycamore, IL 60178

*(signature)*
Jody Clarke
Relief Courtroom Deputy
(779)772-8331